NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1437, -1438

KING PHARMACEUTICALS, INC.
and KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.,

Plaintiffs-Appellants,

v.

EON LABS, INC.,

Defendant-Appellee,

v.

ELAN PHARMACEUTICALS, INC.,

Counterclaim Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of New York in case no. 04-CV-5540, Senior Judge David G. Trager.

ON MOTION

## O R D E R

King Pharmaceuticals, Inc. et al. (King) moves for a 14-day extension of time, until November 23, 2009, for King and Elan Pharmaceuticals, Inc. to file their principal briefs and for a 15-day extension of time, until January 19, 2010, for Eon Labs, Inc. to file its brief. King states that Eon and Elan consent. Elan moves to join King's extension motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**NOV 1 2 2009**

Date
_____

/s/ Jan Horbaly
_____

Jan Horbaly
Clerk

cc:  F. Dominic Cerrito, Esq.
     James B. Monroe, Esq.
     Martin B. Pavane, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 2 2009

JAN HORBALY
CLERK

2009-1437, -1438                    2